IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CLIFFORD E. INGRAM,

    Plaintiff,

     v.

GREEN & COOPER, ATTORNEYS L.L.P., et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:11-CV-3475-TWT

## ORDER

This is an action under the Fair Debt Collection Practices Act. It is before the Court on the Report and Recommendation [Doc. 25] of the Magistrate Judge recommending that the IRC claim, the Privacy Act claim and the FDCPA claim against HSBC be dismissed with prejudice and all other claims be dismissed without prejudice. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Motions to Dismiss [Doc. 11 &18] are GRANTED. The Plaintiff has 21 days from the date of this Order to file an amended complaint with respect to the claims dismissed without prejudice.

SO ORDERED, this 21 day of May, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge